720-493-0702  p.2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 19 2012

JEFFREY P. COLWELL
**CLERK**

Civil Action No.: 1:12-cv-022218-RBJ-KMT

BRIAN EDMOND BATH,

    Plaintiff,

v.

CENTRAL CREDIT SERVICES INC.

    Defendant.

## PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION

TO THE HONORABLE JUDGE OF THIS COURT: COMES NOW the Plaintiff, Brian Edmond Bath, who hereby dismisses this action without prejudice Pursuant to FED. R. CIV. P. 41(a) (1) (A) (i) and states as follows:

### I. STIPULATION

1.     Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff, Brian Edmond Bath, respectfully submits this VOLUNTARY DISMISSAL of this action without prejudice.

2.     Each party to bear its/his own costs and fees.

3.     The Plaintiff requests that the Clerk of Court now close this case.

4.     Dated: October 18, 2012

**WHEREFORE**, Plaintiff respectfully requests that this Court dismiss this action without prejudice.

Respectfully Submitted,

_____
Brian Edmond Bath

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been sent to the parties listed below by electronic mail.

Date Signed 10.18.12

Brian Edmond Bath

Micahel S. Poncin, Esq.
Moss & Barnett
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Counsel for Central Credit Services, Inc.

# OFFICE OF BRIAN EDMOND BATH
8547 East Arapahoe Road, J - 129
Denver Colorado 80112

10/18/2012

# Fax

| TO: UNITED STATES DISTRICT COURT | FROM: Brian Edmond Bath |
|---|---|
| DISTRICT OF COLORADO | PAGES: 3 |
| FAX: 303.335.2714 | FAX: |
| PHONE: 303.844.3433 | PHONE: |

CC:
RE: Dismissal of action:
1:12-cv-02218-RBJ Bath, v. Central Credit Services, Inc.,

**COMMENTS:**

Please file

Thank you

Brian Edmond Bath

303.517.1360

[X] Urgent

[X] Please review

[x] Please comment

[x] For your records